IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YELLOWBIRD OIL & GAS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:25-cv-1318 |
| ) | Judge Trauger |
| ERIE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER CONCERNING UPCOMING
## INITIAL CASE MANAGEMENT CONFERENCE

The initial case management conference in this case is scheduled for February 9, 2026 at 3:30 p.m.

District Judge Aleta Trauger conducts her own initial case management conferences, and they are held **IN PERSON**, not by videoconference or telephone. Counsel is reminded that, as stated in the Notice setting the initial case management conference issued at the beginning of the case, **LEAD COUNSEL** for each party is required to attend the initial case management conference unless excused by order of the court.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE